**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 8, 2022

**BY ECF AND E-MAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Sekou Simpson,* 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I represent Sekou Simpson in the above-referenced matter. Mr. Simpson is currently scheduled to be sentenced on June 30, 2022. The purpose of this letter is to respectfully request that Mr. Simpson's sentencing be adjourned for approximately 45 days. An adjournment would provide sufficient time to obtain documentation for the Court's consideration at sentencing. Additionally, the final presentence investigation report has not yet been filed. This is Mr. Simpson's first request for adjournment of sentencing and the government consents to this request. Accordingly, it is respectfully requested that Mr. Simpson's sentencing be adjourned for approximately 45 days, to a date in mid-August convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

**GRANTED.** Sentencing is adjourned to August 16, 2022 at 11:00 a.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 148.

SO ORDERED.    6/10/2022

_____
PAUL A. ENGELMAYER
United States District Judge