**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

July 29, 2022

**BY ECF AND E-MAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Sekou Simpson,* 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I represent Sekou Simpson in the above-referenced matter. Mr. Simpson is currently scheduled to be sentenced on August 16, 2022. The purpose of this letter is to respectfully request that Mr. Simpson's sentencing be adjourned for approximately 60 days. An adjournment would provide sufficient time for a mitigation specialist to conduct an in-depth examination and investigation and to provide a letter for the Court's consideration at sentencing. This is Mr. Simpson's second request for adjournment of sentencing and the government consents to this request. Accordingly, it is respectfully requested that Mr. Simpson's sentencing be adjourned for approximately 60 days, to a date in mid-October convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

**GRANTED.** Sentencing is adjourned to October 13, 2022 at 11:00 a.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 168.

8/1/2022
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge