UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

SEKOU SIMPSON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

21-CR-499-03 (PAE)

WHEREAS, the defendant, as a condition of pretrial release on home detention since August 20, 2021, is currently fitted with an ankle monitor, and a court order is required for its removal;

WHEREAS, on October 13, 2022, this Court ordered that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or before 2:00 p.m. on Monday, November 28, 2022;

WHEREAS, because the Probation Department is closed for Thanksgiving on Thursday, November 24, and Friday, November 25, 2022, and to ensure defendant's timely surrender at FCI Fort Dix, the Probation Department consents to removal of defendant's ankle monitor on Wednesday, November 23, 2022;

IT IS HEREBY ORDERED THAT:

The Probation Department remove defendant's ankle monitor on or before 5:00 p.m. on Wednesday, November 23, 2022.

The Clerk of Court is requested to terminate the motion at Dkt. No. 279.

SO ORDERED:

Dated:  New York, New York
        November 21    , 2022

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE